1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10    OTTO ROLANO DELCID,              )        CASE NO. EDCV 11-78-ODW (PJW)
                                       )
11                   Petitioner,       )
                                       )        J U D G M E N T
12             v.                      )
                                       )
13    RICHARD SUBIA, et al.,           )
                                       )
14                   Respondents.      )
      _____)

15

16         Pursuant to the Order Accepting Report and Recommendation of

17    United States Magistrate Judge,

18         IT IS ADJUDGED that the Petition is denied and this action is

19    dismissed with prejudice.

20                               August 3, 2011
           DATED:      _____.

21

22

23

24        _____
          OTIS D. WRIGHT, II
          UNITED STATES DISTRICT JUDGE

25

26

27

28    C:\Temp\notesE1EF34\Judgment.wpd